| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SIMON THORNTON, | | Case No. 1:21-cv-0899 JLT HBK (PC) |
| | Plaintiff, | ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS IN FULL, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | | |
| A. CASTILLO, S. PINEADA, KELLY SANTORO, and KATHLEEN ALLISON, | | |
| | Defendants. | (Doc. 14) |

On October 16, 2023, the magistrate judge found Plaintiff failed to prosecute this action and failed to comply with Local Rule 182(b), which requires Plaintiff to keep the Court informed of a proper mailing address. (Doc. 14 at 1-2.) Therefore, the magistrate judge recommended the action be dismissed without prejudice. (*Id.* at 3.) The Court served the Findings and Recommendations on Plaintiff at the only address known to the Court, but the document was also returned as undeliverable on November 8, 2023.

According to 28 U.S.C. § 636(b)(1)(C), the Court performed a de novo review of this case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

    1.    The Findings and Recommendations filed on October 16, 2023 (Doc. 14) are **ADOPTED** in full.

    2.     The action is **DISMISSED** without prejudice.

    3.     The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 13, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE